**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                         Chapter 13 No. 10-46713

Sarah Lyn Holda                            Hon. Phillip J. Shefferly

                              Debtor.
_____/

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Guy T. Conti | Krispen S. Carroll |
|---|---|---|
| U.S. Bankruptcy Court | The Law Offices of Guy T. Conti, | 719 Griswold, Suite 1100 |
| 211 W Fort St | PLLC | Detroit, MI 48226-3689 |
| Detroit, MI 48226 | 302 N. Huron Street | |
| | Ypsilanti, MI 48197 | |

     PLEASE ENTER our Appearance as counsel for Creditor Chase Home Finance LLC. Said creditor is a Party in interest, and pursuant to the Bankruptcy Rules and the Bankruptcy Code hereby demands that all Notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned to the office, address and telephone number set forth below, and that the undersigned be added to the official address matrix maintained in this proceeding by the Clerk of the Court,

     PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing demand includes not only the notices and appearances referred to in the Bankruptcy rules, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which effects or seeks to affect in any way the rights or interest of said creditor.

     This appearance shall act as the appearance of every member of Trott & Trott, P.C., and is not limited to the attorneys listed below.

                                    Respectfully Submitted,
                                    Trott & Trott, P.C.

Dated: March 8, 2010      /S/ Marcy J. Ford (P49158)
                                    Attorney for Chase Home Finance LLC
                                    31440 Northwestern Highway, Suite 200
                                    Farmington Hills, MI 48334-2525
                                    248.642.2515
                                    Email: EasternECF@trottlaw.com

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515<