UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
    SARAH HOLDA,

                      Debtor(s)
_____/

Case No. 10-46713-PJS
Chapter 13
Hon. SHEFFERLY

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., represents JACKSON CITY COUNTY CREDIT UNION the above captioned matter. Please serve copies of all notices and pleadings to the following address:

    BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.
    24525 Harper Avenue, Suite Two
    St. Clair Shores, MI 48080

    BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

    /s/ KAREN L. ROWSE-OBERLE (P-41893)
    Attorney for Creditor
    24525 Harper Avenue, Suite Two
    St. Clair Shores, MI 48080
    (586) 777-0770
    krowse-oberle@butler-butler.com

April 13, 2010