UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re: Sarah Lyn Holda,
    Debtor

In re:
Christopher William Holda,
    Debtor.

Case No. 10-46713
(Chapter 13)
Judge: Steven W. Rhodes

Case No. 10-47383
(Chapter 13)
Judge: Steven W. Rhodes

ORDER ON MOTION FOR SUBSTANTIVE CONSOLIDATION

Upon motion of the Debtors in both cases, and subsequent stipulation between the Debtors and the Chapter 13 Standing Trustee, the court being advised in the premises, it is hereby ORDERED:

1. As the finances of the Debtors are commingled and there exists, for all substantive purposes, a unified financial structure between the Debtors, Case # 10-46713 and Case # 10-47383. Said cases are substantively consolidated and to be jointly administered.

2. The caption for the consolidated case shall be:

    In re: Sarah Lyn Holda and Christopher William Holda, Case No. 10-46713

(Case # 10-47383, In re: Christopher William Holda, was consolidated into this case).

3. All future pleadings, filings and claims shall be filed under Case # 10-46713.
4. Debtor Sarah Lyn Holda agrees to testify at an adjourned §341 First Meeting of Creditors

to be held jointly with Christopher William Holda
.

**Signed on June 07, 2010**

                                                            **/s/ Steven Rhodes**
                                                           **Steven Rhodes**
                                                           **United States Bankruptcy Judge**