UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:           CHAPTER 13
                                               CASE NO. 10-46713-SWR
SARAH LYN HOLDA,         JUDGE STEVEN W RHODES
CHRISTOPHER WILLIAM HOLDA
Debtors.

_____/

## ORDER ADJOURNING SECTION 341
## MEETING OF CREDITORS AND CONFIRMATION HEARING

The Debtor having made a request of the Trustee for adjournment of the originally scheduled Section 341 Meeting of Creditors for the reason that the original § 341 First Meeting of Creditors was not held, the granting of such request necessitating the need for adjournment of the originally scheduled Confirmation Hearing.

The Chapter 13 Trustee and Debtor or Debtor's counsel having previously stipulated to the following:

    *NEW 341 DATE:*      *July 2, 2010*                          *TIME: 9:00 a.m.*

IT IS HEREBY ORDERED that based upon the rescheduling of the Debtor's Section § 341 Meeting of Creditors, the Debtor's Confirmation Hearing to be conducted in the Judge's Courtroom, 211 W. Fort Street, Detroit, Michigan, shall be adjourned to:

    *NEW CONFIRMATION DATE:*      *August 18, 2010*          *TIME: 9:00 a.m.*

IT IS FURTHER ORDERED that Debtor or Debtor's counsel shall provide no less than twenty one (21) days written notice of this adjourned date and time to all parties in interest.

IT IS FURTHER ORDERED that Debtor or Debtor's counsel shall file a Proof of Service evidencing notice to creditors with the Clerk of the Court and a copy to the Chapter 13 Trustee no later than five (5) days prior to the adjourned meeting of creditors.

IT IS FURTHER ORDERED that the deadline for filing objections to the confirmation of the plan is 21 days from the date of adjourned Section 341 Meeting of Creditors is held.

IT IS FURTHER ORDERED that in the event the Debtor fail(s) to appear at the adjourned Section 341 Meeting of Creditors, the Trustee may submit an Order of Dismissal to the bankruptcy court along with an Affidavit attesting to the Debtor's failure to appear at the adjourned Section 341 Meeting of Creditors and the proceedings may be thereafter dismissed without a further hearing, or notice.

IT IS FURTHER ORDERED that in the event the Debtor fail(s) to remit 100% of all required Plan payments to the Trustee prior to the adjourned Confirmation Hearing, the proceedings may thereafter be dismissed without a further hearing, or notice.

IT IS FURTHER ORDERED that debtor(s) shall file joint schedules and Plan, on or before June 18, 2010, and that if not completed by the date specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

.

**Signed on June 11, 2010**

                                                                         /s/ Steven Rhodes
                                                                         Steven Rhodes

**United States Bankruptcy Judge**