

**ContiLegal**
2002 Hogback Road, Suite 11
Ann Arbor, MI 48105-9736
888.489.3232 voice
888.848.8228 fax
www.contilegal.com

Invoice submitted to:

Holda, Sarah & Christopher
3266 Sharon Hollow Road
Manchester, MI 48158

| Invoice # | 20257 |
|---|---|
| Invoice Date | 09/12/2010 |
| For Services Through | 09/12/2010 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: | | **Consolidated Case 10-46713 (with 10-47383) (Labor)** | | |
| 11/17/2009 | GC | *Meeting*<br>Initial consultation with clients | 1.50 at $195.00/hr | $292.50 |
| 12/23/2009 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 01/14/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 03/04/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 03/14/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 2.20 at $195.00/hr | $429.00 |
| 03/15/2010 | GC | *B190 - Other Contested Matters*<br>Draft affidavit in support of Motion to Excuse Third Party Payment Order (10-46713) | 0.10 at $195.00/hr | $19.50 |
| 03/16/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 Meeting (Case 10-46713), with travel time | 2.10 at $195.00/hr | $409.50 |
| 03/19/2010 | GC | *B190 - Other Contested Matters*<br>Draft affidavit in support of Motion to Excuse Third Party Payment Order (10-47383) | 0.10 at $195.00/hr | $19.50 |
| 03/19/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Adversary Proceeding to strip lien | 0.50 at $195.00/hr | $97.50 |
| 03/23/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 meeting (Case 10-47383), with travel time | 2.00 at $195.00/hr | $390.00 |
| 03/26/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Waive Pay Order (10-46713) | 0.40 at $195.00/hr | $78.00 |
| 03/26/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Waive Pay Order (10-47383) | 0.40 at $195.00/hr | $78.00 |
| 04/14/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Certification of Non-Response to Motion to Waive Pay Order (10-46713) | 0.10 at $195.00/hr | $19.50 |
| 04/14/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Certification of Non-Response to Motion to Waive Pay Order (10-47383) | 0.10 at $195.00/hr | $19.50 |
| 04/22/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Consolidate (10-46713 and 10-47383) | 0.90 at $195.00/hr | $175.50 |
| 04/22/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Affidavits of Scrivener's Errors in both cases | 0.20 at $195.00/hr | $39.00 |

| Date | Staff | Activity | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/11/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve Chapter 13 Confirmation Hearing Certificate | 0.10 at $195.00/hr | $19.50 |
| 06/04/2010 | GC | *B190 - Other Contested Matters*<br>Enter into stipulation with Chapter 13 Trustee on Motion to Consolidate (both cases) | 0.20 at $195.00/hr | $39.00 |
| 06/10/2010 | GC | *B110 - 13 - Case Administration*<br>Enter into stipulation Adjourning 341 Meeting and Confirmation Hearing with Chapter 13 Trustee (both cases) | 0.20 at $195.00/hr | $39.00 |
| 06/16/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 06/17/2010 | GC | *B110 - 13 - Case Administration*<br>Draft Amendments to Schedules and Means Test | 0.20 at $195.00/hr | $39.00 |
| 06/17/2010 | GC | *B320 - 13 - Plan and Disclosure Statement*<br>Draft and serve amended Chapter 13 Plan | 0.60 at $195.00/hr | $117.00 |
| 07/02/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 meeting (consolidated case) | 2.20 at $195.00/hr | $429.00 |
| 07/09/2010 | GC | *B110 - 13 - Case Administration*<br>Receive and review objections to confirmation of Chapter 13 plan by Trustee | 0.60 at $195.00/hr | $117.00 |
| 07/18/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 3.10 at $195.00/hr | $604.50 |
| 07/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft Response to Trustee Objections to Confirmation of Chapter 13 Plan | 0.60 at $195.00/hr | $117.00 |
| 08/01/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.20 at $195.00/hr | $234.00 |
| 08/02/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amended schedules | 0.20 at $195.00/hr | $39.00 |
| 08/02/2010 | GC | *B320 - 13 - Plan and Disclosure Statement*<br>Draft and serve amended Chapter 13 Plan | 0.50 at $195.00/hr | $97.50 |
| 08/06/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Teleconference with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.20 at $195.00/hr | $39.00 |
| 08/06/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/06/2010 | GC | *B110 - 13 - Case Administration*<br>Receive and review objections to confirmation of plan by Santander Consumer USA, Inc. | 0.50 at $195.00/hr | $97.50 |
| 08/09/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/12/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Teleconference with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/12/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve proposed OCP and confirmation hearing certificate | 0.30 at $195.00/hr | $58.50 |
| 08/13/2010 | GC | *B110 - 13 - Case Administration*<br>Teleconference with Maria Gotsis as to status and negotiation | 0.30 at $195.00/hr | $58.50 |
| 08/15/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.60 at $195.00/hr | $312.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amendments to schedules | 0.20 at $195.00/hr | $39.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve Affidavit of Special Circumstances | 0.20 at $195.00/hr | $39.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amendment to Chapter 13 means test | 0.10 at $195.00/hr | $19.50 |
| 08/20/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |

https://secure.bill4time.com/B4T2/Invoicing/printInvoices2.aspx?invoiceL...

| Date | Staff | Description | Rate/Qty | Amount |
|---|---|---|---|---|
| 08/20/2010 | GC | B320 - 13 - Plan and Disclosure Statement<br>Draft and serve amended Chapter 13 Plan | 0.50 at $195.00/hr | $97.50 |
| 08/26/2010 | GC | B110 - 13 - Case Administration<br>Draft and serve confirmation hearing certificate | 0.20 at $195.00/hr | $39.00 |
| 08/29/2010 | GC | B110 - 13 - Case Administration<br>Meeting with clients | 0.60 at $195.00/hr | $117.00 |
| 08/29/2010 | GC | B310 - 13 - Claims Administration and Objections<br>Analyze 26 creditor claims | 2.00 at $195.00/hr | $390.00 |
| 08/29/2010 | GC | B310 - 13 - Claims Administration and Objections<br>Draft and file objections to three creditor claims | 1.20 at $195.00/hr | $234.00 |
| 09/12/2010 | GC | B160 - 13 - Fee and Employment Applications<br>Draft fee application | 1.00 at $195.00/hr | $195.00 |

In Reference To: **Consolidated Case 10-46713 (with 10-47383) (Expenses)**

| Date | Staff | Description | Rate/Qty | Amount |
|---|---|---|---|---|
| 03/04/2010 | GC | Court Costs<br>Filing fee (Case 10-46713) | $274.00 | $274.00 |
| 03/09/2010 | GC | Court Costs<br>Filing fee (Case # 10-47383) | $274.00 | $274.00 |
| 03/15/2010 | GC | Mailing/Postage<br>Service of Chapter 13 Plan | $43.20 | $43.20 |
| 03/16/2010 | GC | Mailing/Postage<br>Service of Chapter 13 Plan (Pre-Conf, Case # 10-47383) | $30.24 | $30.24 |
| 04/16/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (10-46713) | $40.00 | $40.00 |
| 04/16/2010 | GC | Parking<br>Parking at 341 meeting (10-46713) | $10.00 | $10.00 |
| 04/22/2010 | GC | Mailing/Postage<br>Service of Motion for Substantive Consolidation and to Reschedule Confirmation Hearing | $36.86 | $36.86 |
| 04/23/2010 | GC | Mailing/Postage<br>Service of Affidavit of Scrivener's Error | $31.05 | $31.05 |
| 04/23/2010 | GC | Parking<br>Parking at 341 meeting (10-47383) | $3.60 | $3.60 |
| 04/23/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (10-47383) | $40.00 | $40.00 |
| 06/17/2010 | GC | Mailing/Postage<br>Service of 1st Amended Plan (Pre-Conf) | $141.52 | $141.52 |
| 07/02/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (consolidated case) | $40.00 | $40.00 |
| 07/02/2010 | GC | Parking<br>Parking at 341 meeting (consolidated case) | $10.00 | $10.00 |
| 08/02/2010 | GC | Mailing/Postage<br>Service of 2nd Amended Plan (Pre-Conf) | $86.40 | $86.40 |
| 08/18/2010 | GC | Mailing/Postage<br>Service of 3rd Amended Chapter 13 Plan (Pre-Conf) | $90.72 | $90.72 |
| 09/07/2010 | GC | Mailing/Postage<br>Service of Order Confirming Plan | $37.29 | $37.29 |
| 09/12/2010 | GC | Mailing/Postage<br>Attach receipts for certificate of service.com | $No Charge | No Charge |

Total Hours: 35.60 hrs
Total Labor: $6,942.00
Total Expenses: $1,188.88
**Total Invoice Amount: $8,130.88**

10-46713-swr    Doc 82-7    Filed 09/14/10    Entered 09/14/10 18:42:53    Page 3 of 4

3 of 28                                                                                                                 9/12/2010 1:39 PM

10-46713-swr    Doc 82-7    Filed 09/14/10    Entered 09/14/10 18:42:53    Page 4 of 4