

ContiLegal
2002 Hogback Road, Suite 11
Ann Arbor, MI 48105-9736
888.489.3232 voice
888.848.8228 fax
www.contilegal.com

Invoice submitted to:

Holda, Sarah & Christopher
3266 Sharon Hollow Road
Manchester, MI 48158

| | |
|---|---|
| Invoice # | **20257** |
| Invoice Date | **09/12/2010** |
| For Services Through | **09/12/2010** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Consolidated Case 10-46713 (with 10-47383) (Labor)** | | |
| 11/17/2009 | GC | *Meeting*<br>Initial consultation with clients | 1.50 at $195.00/hr | $292.50 |
| 12/23/2009 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 01/14/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 03/04/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 03/14/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 2.20 at $195.00/hr | $429.00 |
| 03/15/2010 | GC | *B190 - Other Contested Matters*<br>Draft affidavit in support of Motion to Excuse Third Party Payment Order (10-46713) | 0.10 at $195.00/hr | $19.50 |
| 03/16/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 Meeting (Case 10-46713), with travel time | 2.10 at $195.00/hr | $409.50 |
| 03/19/2010 | GC | *B190 - Other Contested Matters*<br>Draft affidavit in support of Motion to Excuse Third Party Payment Order (10-47383) | 0.10 at $195.00/hr | $19.50 |
| 03/19/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Adversary Proceeding to strip lien | 0.50 at $195.00/hr | $97.50 |
| 03/23/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 meeting (Case 10-47383), with travel time | 2.00 at $195.00/hr | $390.00 |
| 03/26/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Waive Pay Order (10-46713) | 0.40 at $195.00/hr | $78.00 |
| 03/26/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Waive Pay Order (10-47383) | 0.40 at $195.00/hr | $78.00 |
| 04/14/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Certification of Non-Response to Motion to Waive Pay Order (10-46713) | 0.10 at $195.00/hr | $19.50 |
| 04/14/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Certification of Non-Response to Motion to Waive Pay Order (10-47383) | 0.10 at $195.00/hr | $19.50 |
| 04/22/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Motion to Consolidate (10-46713 and 10-47383) | 0.90 at $195.00/hr | $175.50 |
| 04/22/2010 | GC | *B190 - Other Contested Matters*<br>Draft and serve Affidavits of Scrivener's Errors in both cases | 0.20 at $195.00/hr | $39.00 |

| Date | Atty | Task | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/11/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve Chapter 13 Confirmation Hearing Certificate | 0.10 at $195.00/hr | $19.50 |
| 06/04/2010 | GC | *B190 - Other Contested Matters*<br>Enter into stipulation with Chapter 13 Trustee on Motion to Consolidate (both cases) | 0.20 at $195.00/hr | $39.00 |
| 06/10/2010 | GC | *B110 - 13 - Case Administration*<br>Enter into stipulation Adjourning 341 Meeting and Confirmation Hearing with Chapter 13 Trustee (both cases) | 0.20 at $195.00/hr | $39.00 |
| 06/16/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.50 at $195.00/hr | $292.50 |
| 06/17/2010 | GC | *B110 - 13 - Case Administration*<br>Draft Amendments to Schedules and Means Test | 0.20 at $195.00/hr | $39.00 |
| 06/17/2010 | GC | *B320 - 13 - Plan and Disclosure Statement*<br>Draft and serve amended Chapter 13 Plan | 0.60 at $195.00/hr | $117.00 |
| 07/02/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>341 meeting (consolidated case) | 2.20 at $195.00/hr | $429.00 |
| 07/09/2010 | GC | *B110 - 13 - Case Administration*<br>Receive and review objections to confirmation of Chapter 13 plan by Trustee | 0.60 at $195.00/hr | $117.00 |
| 07/18/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 3.10 at $195.00/hr | $604.50 |
| 07/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft Response to Trustee Objections to Confirmation of Chapter 13 Plan | 0.60 at $195.00/hr | $117.00 |
| 08/01/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.20 at $195.00/hr | $234.00 |
| 08/02/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amended schedules | 0.20 at $195.00/hr | $39.00 |
| 08/02/2010 | GC | *B320 - 13 - Plan and Disclosure Statement*<br>Draft and serve amended Chapter 13 Plan | 0.50 at $195.00/hr | $97.50 |
| 08/06/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Teleconference with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.20 at $195.00/hr | $39.00 |
| 08/06/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/06/2010 | GC | *B110 - 13 - Case Administration*<br>Receive and review objections to confirmation of plan by Santander Consumer USA, Inc. | 0.50 at $195.00/hr | $97.50 |
| 08/09/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/12/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Teleconference with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |
| 08/12/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve proposed OCP and confirmation hearing certificate | 0.30 at $195.00/hr | $58.50 |
| 08/13/2010 | GC | *B110 - 13 - Case Administration*<br>Teleconference with Maria Gotsis as to status and negotiation | 0.30 at $195.00/hr | $58.50 |
| 08/15/2010 | GC | *B110 - 13 - Case Administration*<br>Meeting with clients | 1.60 at $195.00/hr | $312.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amendments to schedules | 0.20 at $195.00/hr | $39.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft and serve Affidavit of Special Circumstances | 0.20 at $195.00/hr | $39.00 |
| 08/18/2010 | GC | *B110 - 13 - Case Administration*<br>Draft amendment to Chapter 13 means test | 0.10 at $195.00/hr | $19.50 |
| 08/20/2010 | GC | *B150 - 13 - Meetings of Creditors*<br>Email correspondence with S. Thomas Padgett, attorney for objecting creditor, Santander Consumer USA, Inc. | 0.10 at $195.00/hr | $19.50 |

| Date | Staff | Description | Rate/Amount | Total |
|---|---|---|---|---|
| 08/20/2010 | GC | B320 - 13 - Plan and Disclosure Statement<br>Draft and serve amended Chapter 13 Plan | 0.50 at $195.00/hr | $97.50 |
| 08/26/2010 | GC | B110 - 13 - Case Administration<br>Draft and serve confirmation hearing certificate | 0.20 at $195.00/hr | $39.00 |
| 08/29/2010 | GC | B110 - 13 - Case Administration<br>Meeting with clients | 0.60 at $195.00/hr | $117.00 |
| 08/29/2010 | GC | B310 - 13 - Claims Administration and Objections<br>Analyze 26 creditor claims | 2.00 at $195.00/hr | $390.00 |
| 08/29/2010 | GC | B310 - 13 - Claims Administration and Objections<br>Draft and file objections to three creditor claims | 1.20 at $195.00/hr | $234.00 |
| 09/12/2010 | GC | B160 - 13 - Fee and Employment Applications<br>Draft fee application | 1.00 at $195.00/hr | $195.00 |

In Reference To: **Consolidated Case 10-46713 (with 10-47383) (Expenses)**

| Date | Staff | Description | Amount | Total |
|---|---|---|---|---|
| 03/04/2010 | GC | Court Costs<br>Filing fee (Case 10-46713) | $274.00 | $274.00 |
| 03/09/2010 | GC | Court Costs<br>Filing fee (Case # 10-47383) | $274.00 | $274.00 |
| 03/15/2010 | GC | Mailing/Postage<br>Service of Chapter 13 Plan | $43.20 | $43.20 |
| 03/16/2010 | GC | Mailing/Postage<br>Service of Chapter 13 Plan (Pre-Conf, Case # 10-47383) | $30.24 | $30.24 |
| 04/16/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (10-46713) | $40.00 | $40.00 |
| 04/16/2010 | GC | Parking<br>Parking at 341 meeting (10-46713) | $10.00 | $10.00 |
| 04/22/2010 | GC | Mailing/Postage<br>Service of Motion for Substantive Consolidation and to Reschedule Confirmation Hearing | $36.86 | $36.86 |
| 04/23/2010 | GC | Mailing/Postage<br>Service of Affidavit of Scrivener's Error | $31.05 | $31.05 |
| 04/23/2010 | GC | Parking<br>Parking at 341 meeting (10-47383) | $3.60 | $3.60 |
| 04/23/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (10-47383) | $40.00 | $40.00 |
| 06/17/2010 | GC | Mailing/Postage<br>Service of 1st Amended Plan (Pre-Conf) | $141.52 | $141.52 |
| 07/02/2010 | GC | Mileage<br>Round trip mileage to 211 W. Fort, Detroit, from 2002 Hogback.<br>40 miles each way x .50 per mile<br>341 Meeting (consolidated case) | $40.00 | $40.00 |
| 07/02/2010 | GC | Parking<br>Parking at 341 meeting (consolidated case) | $10.00 | $10.00 |
| 08/02/2010 | GC | Mailing/Postage<br>Service of 2nd Amended Plan (Pre-Conf) | $86.40 | $86.40 |
| 08/18/2010 | GC | Mailing/Postage<br>Service of 3rd Amended Chapter 13 Plan (Pre-Conf) | $90.72 | $90.72 |
| 09/07/2010 | GC | Mailing/Postage<br>Service of Order Confirming Plan | $37.29 | $37.29 |
| 09/12/2010 | GC | Mailing/Postage<br>Attach receipts for certificate of service.com | $No Charge | No Charge |

Total Hours: 35.60 hrs
Total Labor: $6,942.00
Total Expenses: $1,188.88
**Total Invoice Amount: $8,130.88**

10-46713-swr    Doc 82-9    Filed 09/14/10    Entered 09/14/10 18:42:53    Page 3 of 9

## Receipts:

**Date:** 09/12/2010
**Expense Type:** Mailing/Postage
**Description:** Attach receipts for certificate of service.com



ContiLegal Mail - Sarah Lyn Holda COS       https://mail.google.com/a/contilegal.com/...

**Sarah Lyn Holda COS**

Jessica - BK Attorney Services, LLC <jessica@bkattorneyservices3.com>   Tue, Sep 7, 2010 at 4:19 PM
Reply-To: jessica@bkattorneyservices3.com
To: gconti@contilegal.com
Cc: kathryn.jump@bkattorneyservices3.com

**INVOICE**

certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices3.com

Date: 9/7/2010 1:18:34 PM

Tracking Number: 10018087 10-46713 Sarah Lyn Holda COS
Email To: gconti@contilegal.com;

THIS JOB PROCESSED BY Jessica

| Bill to: | Job Information: |
|---|---|
| The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road, Suite 11<br>Ann Arbor, MI 48105-9736<br>gconti@contilegal.com | Debtor: Sarah Lyn Holda<br>Case No. 10-46713 in the EASTERN District of MICHIGAN<br>Documents Served:<br>Order Confirming Plan |

| Received on: | Sep 07, 2010 at 10:52AM |
|---|---|
| Processed on: | 09.07.10 |

**Job Breakdown and Costs:**

Special Handling Instructions:

| # of pages per document set: | 1 |
|---|---|
| # of addresses from MML: | 66 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $29.04 |
| Total Printing Cost: (paper, envelopes, toner, paper, labor) Minimum Charge $5.00 | $8.25 |
| Special handling or Intl postage Charges | |
| Total: | $37.29 |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

1 of 3                                                                 9/12/2010 8:37 AM

Place these lines in your fee app so you can recover the cost of the service.

| Date | Type | Pages/Addresses | Details | Amount |
|---|---|---|---|---|
| 9/7/2010 | Printing | # of pages per set: 1 | # of addresses: 66 | $8.25 |
| 9/7/2010 | Mailing | # of addresses: 66 | Per stamp cost: .44 | $29.04 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.

Returns/Refunds: Your satisfaction is important to us and we guarantee that you will be satisfied with your job. No refunds or returns on funds are made. For incorrect jobs where the source of the error lies with BK Attorney Services, LLC d/b/a Certificate of Service.com, credit will be issued towards the next job or for the re-print and re-mailing of the job in dispute.

Address Correction and Verification: COS.com makes no guarantees about the accuracy of any addresses provided by user, ECF, of BNC. COS.com does not utilize an address verification service. COS.com obtains the master mailing list from ECF.

Copying Fees: Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.

Thank you for submitting work with www.certificateofservice.com. This contract/agreement will apply whenever you submit a document package for mailing. We strive to provide a level of customer service that is unsurpassed. If you have any questions whatsoever, please do not hesitate to contact us at your convenience. We will strive to get your documents out as soon as they come in. While we can't guarantee that they will go out in 24 hours due to load volumes, we do pledge to do our best to make sure that your case is processed and distributed to the postal distribution center within 24 hours.

📎 **10-46713 Sarah Lyn Holda COS Order Conf Plan 09.07.10.pdf**
19K

ContiLegal Mail - Sarah Lyn Holda COS     https://mail.google.com/a/contilegal.com/?ui=2&ik=dc17c4e700&v...



Guy Conti <gconti@contilegal.com>

## Sarah Lyn Holda COS

Maria - BK Attorney Services <printer@bkattorneyservices3.com>     Wed, Aug 18, 2010 at 6:55 PM
Reply-To: kathryn.jump@bkattorneyservices3.com
To: gconti@contilegal.com
Cc: kathryn.jump@bkattorneyservices3.com

**INVOICE**

certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices.com

Date: 8/18/2010 2:55:14 PM

Tracking Number: 10017057 10-46713 Sarah Lyn Holda COS
Email To: gconti@contilegal.com

**THIS JOB PROCESSED BY: Maria**

| Bill to: | Job Information: |
|---|---|
| The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road, Suite 11<br>Ann Arbor, MI 48105-9736<br>gconti@contilegal.com | Debtor: Sarah Lyn Holda<br>Case No. 10-46713 in the EASTERN District of MICHIGAN<br>Documents Served:<br>Chapter 13 Plan - 3rd Amended - Pre-Confirmation |

| Received on: | Aug 18, 2010 at 12:33PM |
|---|---|
| Processed on: | 08.18.10 |

**Job Breakdown and Costs:**

Special Handling Instructions:

| | |
|---|---|
| # of pages per document set: | 8 |
| # of addresses from MML: | 63 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $27.72 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $63.00 |
| Special handling or Intl postage | |
| Total: | $90.72 |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

1 of 3     9/12/2010 8:37 AM

Place these lines in your fee app so you can recover the cost of the service.

| | | | | |
|---|---|---|---|---|
| 8/18/2010 | Printing | # of pages per set: 8 | # of addresses: 63 | $63.00 |
| 8/18/2010 | Mailing | # of addresses: 63 | Per stamp cost: .44 | $27.72 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.

Returns/Refunds: Your satisfaction is important to us and we guarantee that you will be satisfied with your job. No refunds or returns on funds are made. For incorrect jobs where the source of the error lies with BK Attorney Services, LLC d/b/a Certificate of Service.com, credit will be issued towards the next job or for the re-print and re-mailing of the job in dispute.

Address Correction and Verification: COS.com makes no guarantees about the accuracy of any addresses provided by user, ECF, of BNC. COS.com does not utilize an address verification service. COS.com obtains the master mailing list from ECF.

Copying Fees: Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.