service. COS.com obtains the master mailing list from ECF.

Copying Fees: Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.

Thank you for submitting work with www.certificateofservice.com. This contract/agreement will apply whenever you submit a document package for mailing. We strive to provide a level of customer service that is unsurpassed. If you have any questions whatsoever, please do not hesitate to contact us at your convenience. We will strive to get your documents out as soon as they come in. While we can't guarantee that they will go out in 24 hours due to load volumes, we do pledge to do our best to make sure that your case is processed and distributed to the postal distribution center within 24 hours.

---

**10-46713; 10-47383 Sarah Lyn Holda COS Affidavit 04.23.10.pdf**
29K



Guy Conti <gconti@contilegal.com>

# 10010207 10-46713; 10-47383 Sarah Lyn Holda

**Jessica Freeze - BK Attorney Services, LLC <Certificateofservice@bkattorneyservices3.com>** **Thu, Apr 22, 2010 at 4:13 PM**
Reply-To: "Jessica Freeze - BK Attorney Services, LLC" <kathryn.jump@bkattorneyservices3.com>
To: gconti@contilegal.com
Cc: kathryn.jump@bkattorneyservices3.com

**INVOICE**

certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices3.com

Date: 4/22/2010 1:13:04 PM

Tracking Number: 10010207 10-46713; 10-47383 Sarah Lyn Holda COS
Email To: gconti@contilegal.com;

**THIS JOB PROCESSED BY Jessica**

| Bill to: | Job Information: |
|---|---|
| The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road, Suite 11<br>Ann Arbor, MI 48105-9736<br><br>SEE KATHRYN<br>gconti@contilegal.com | Debtor: Sarah Lyn Holda<br>Case No. 10-46713; 10-47383 in the EASTERN District of MICHIGAN<br>Documents Served:<br>MOTION FOR SUBSTANTIVE CONSOLIDATION AND TO RESCHEDULE CONFIRMATION HEARING<br>ORDER ON MOTION FOR SUBSTANTIVE CONSOLIDATION AND TO RESCHEDULE CONFIRMATION HEARING<br>NOTICE OF MOTION AND OPPORTUNITY TO OBJECT |

| | |
|---|---|
| Received on: | Apr 22, 2010 at 11:24AM |
| Processed on: | 04.22.10 |

**Job Breakdown and Costs:**

Special Handling Instructions:

| | |
|---|---|
| # of pages per document set: | 12 |
| # of addresses from MML: | 19 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $8.36 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $28.50 |
| Special handling or Intl postage Charges | |
| *Total:* | $36.86 |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

**Place these lines in your fee app so you can recover the cost of the service.**

| | | | | |
|---|---|---|---|---|
| 4/22/2010 | Printing | # of pages per set:12 | # of addresses: 19 | $28.50 |
| 4/22/2010 | Mailing | # of addresses: 19 | Per stamp cost: .44 | $8.36 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.

Returns/Refunds: Your satisfaction is important to us and we guarantee that you will be satisfied with your job. No refunds or returns on funds are made. For incorrect jobs where the source of the error lies with BK Attorney Services, LLC d/b/a Certificate of Service.com, credit will be issued towards the next job or for the re-print and re-mailing of the job in dispute.

Address Correction and Verification: COS.com makes no guarantees about the accuracy of any addresses provided by user, ECF, of BNC. COS.com does not utilize an address verification service. COS.com obtains the master mailing list from ECF.

Copying Fees: Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.

Thank you for submitting work with www.certificateofservice.com. This contract/agreement will apply whenever you submit a document package for mailing. We strive to provide a level of customer service that is unsurpassed. If you have any questions whatsoever, please do not hesitate to contact us at your convenience. We will strive to get your documents out as soon as they come in. While we can't guarantee that they will go out in 24 hours due to load volumes, we do pledge to do our best to make sure that your case is processed and distributed to the postal distribution center within 24 hours.

---

**10-46713; 10-47383 Sarah Lyn Holda COS Notice Motion Order 04.22.10.pdf**
29K



Guy Conti <gconti@contilegal.com>

# 10007860 10-47383 Christopher William Holda COS

**Maria - BK Attorney Services <printer@bkattorneyservices3.com>** **Tue, Mar 16, 2010 at 2:14 PM**
Reply-To: kathryn.jump@bkattorneyservices3.com
To: gconti@contilegal.com
Cc: kathryn.jump@bkattorneyservices3.com

**INVOICE**

**certificateofservice.com**
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices.com

Date: 3/16/2010 10:13:24 AM

Tracking Number: 10007860 10-47383 Christopher William Holda COS
Email To: gconti@contilegal.com.

**THIS JOB PROCESSED BY: Maria**

| **Bill to:** | **Job Information:** |
|---|---|
| The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road, Suite 11<br>Ann Arbor, MI 48105-9736<br><br>gconti@contilegal.com | Debtor: Christopher William Holda<br>Case No. 10-47383 in the EASTERN District of MICHIGAN<br>Documents Served:<br>Chapter 13 Plan |

| | |
|---|---|
| Received on: | Mar 16, 2010 at 07:21AM |
| Processed on: | 03.16.10 |

**Job Breakdown and Costs:**

| Special Handling Instructions: |
|---|

| | |
|---|---|
| # of pages per document set: | 8 |
| # of addresses from MML: | 21 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $9.24 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $21.00 |
| Special handling or Intl postage | |
| *Total:* | *$30.24* |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

**Place these lines in your fee app so you can recover the cost of the service.**

| | | | | |
|---|---|---|---|---|
| 3/16/2010 | Printing | # of pages per set:8 | # of addresses: 21 | $21.00 |
| 3/16/2010 | Mailing | # of addresses: 21 | Per stamp cost: .44 | $9.24 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.

Returns/Refunds: Your satisfaction is important to us and we guarantee that you will be satisfied with your job. No refunds or returns on funds are made. For incorrect jobs where the source of the error lies with BK Attorney Services, LLC d/b/a Certificate of Service.com, credit will be issued towards the next job or for the re-print and re-mailing of the job in dispute.

Address Correction and Verification: COS.com makes no guarantees about the accuracy of any addresses provided by user, ECF, of BNC. COS.com does not utilize an address verification service. COS.com obtains the master mailing list from ECF.

Copying Fees. Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.

Thank you for submitting work with www.certificateofservice.com. This contract/agreement will apply whenever you submit a document package for mailing. We strive to provide a level of customer service that is unsurpassed. If you have any questions whatsoever, please do not hesitate to contact us at your convenience. We will strive to get your documents out as soon as they come in. While we can't guarantee that they will go out in 24 hours due to load volumes, we do pledge to do our best to make sure that your case is processed and distributed to the postal distribution center within 24 hours.

---

**10-47383 Christopher William Holda COS Chapter 13 Plan 03.16.10.pdf**
15K

---



Guy Conti <gconti@contilegal.com>

# 10007820 10-46713 Sarah Lyn Holda COS

**Maria - BK Attorney Services <printer@bkattorneyservices3.com>** **Mon, Mar 15, 2010 at 5:05 PM**
Reply-To: kathryn.jump@bkattorneyservices3.com
To: gconti@contilegal.com
Cc: kathryn.jump@bkattorneyservices3.com

**INVOICE**

certificateofservice.com
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122
509-725-1127
kathryn.jump@bkattorneyservices.com

Date: 3/15/2010 1:04:37 PM

Tracking Number: 10007820 10-46713 Sarah Lyn Holda COS
Email To: gconti@contilegal.com,

**THIS JOB PROCESSED BY: Maria**

| Bill to: | Job Information: |
|---|---|
| The Law Offices of Guy T. Conti, PLLC<br>2002 Hogback Road, Suite 11<br>Ann Arbor, MI 48105-9736<br><br>gconti@contilegal.com | Debtor: Sarah Lyn Holda<br>Case No. 10-46713 in the EASTERN District of MICHIGAN<br>Documents Served:<br>Chapter 13 Plan |
| Received on: | Mar 15, 2010 at 10:56AM |
| Processed on: | 03.15.10 |

**Job Breakdown and Costs:**

| Special Handling Instructions: |
|---|

| | |
|---|---|
| # of pages per document set: | 8 |
| # of addresses from MML: | 30 |
| Per stamp cost: | .44 |
| Total Postage Cost: | $13.20 |
| Total Printing Cost: (paper, envelopes, toner, pacer, labor) Minimum Charge $5.00 | $30.00 |
| Special handling or Intl postage | |
| *Total:* | *$43.20* |

Your print rate is .125 per page submitted.

Your credit card on file will be billed. Thank you for your business!
Save a copy of this email for your records.

Attached to this email is the .pdf certificate for filing with the Court.

Place these lines in your fee app so you can recover the cost of the service.

| | | | | |
|---|---|---|---|---|
| 3/15/2010 | Printing | # of pages per set:8 | # of addresses: 30 | $30.00 |
| 3/15/2010 | Mailing | # of addresses: 30 | Per stamp cost: .44 | $13.20 |

Sincerely,

The Certificate of Service Team
Certificate of Service.com
BK Attorney Services, LLC
P.O. Box 1028
Davenport, WA 99122

**Contract Copy:**

You, hereafter "User", agree to utilize the services of BK Attorney Services, LLC d/b/a Certificate of Service.com, hereafter "COS" for the express purpose of executing a legal mailing through the Postal System of the United States, first class mail, postage pre-paid.

User agrees to post the information through the exclusive web interface and to provide special instructions as to the mailing, if any in the fields provided. Documents received without specific instructions will be mailed in the order received to the parties listed on the ECF website for the User's respective bankruptcy court district.

Documents received will be slated for distribution within 24 hours of receipt, however, COS makes no guarantees that documents will be distributed within 24 hours of receipt. All cases shall be processed and mailed within 48 hours of receipt.

COS makes no guarantees or warranties about the performance of the United States Postal Service.

Limitation of liability: User agrees that COS' liability is limited to the printing and mailing cost of the project submitted. COS is not responsible for any other damages incurred by User other than the cost of copying and postage for the immediate project.

Jurisdiction: Should any disputes arise over the use of COS.com, User agrees and consents to jurisdiction in King County, Washington.

Billing: User will be billed upon mailing of the completed project and emailing of an invoice with certificate via credit card on file. You agree to pay your credit card charge according to the terms set forth in your credit card agreement. All invoices are due on receipt. Payments not received within 30 days will be assessed a late charge not to exceed 18% per annum of the balance due or 1.5% per month.

Returns/Refunds: Your satisfaction is important to us and we guarantee that you will be satisfied with your job. No refunds or returns on funds are made. For incorrect jobs where the source of the error lies with BK Attorney Services, LLC d/b/a Certificate of Service.com, credit will be issued towards the next job or for the re-print and re-mailing of the job in dispute.

Address Correction and Verification: COS.com makes no guarantees about the accuracy of any addresses provided by user, ECF, or BNC. COS.com does not utilize an address verification service. COS.com obtains the master mailing list from ECF.

Copying Fees: Copy charges are based upon the number of pages submitted at the present rate of twenty cents per page. Rates are subject to change without notice. At twenty cents per page, a 5 page document will incur a $1.00 charge for one reproduction. Multiply the number of pages against the number of addresses on the master mailing matrix to determine your approximate final costs. For example, a 5 page document x 75 addresses will result in a charge of $75.00. Postage is billed at the present rate of the United States Postal System for first class mail, weight and size restrictions considered.