Thank you for submitting work with www.certificateofservice.com. This contract/agreement will apply whenever you submit a document package for mailing. We strive to provide a level of customer service that is unsurpassed. If you have any questions whatsoever, please do not hesitate to contact us at your convenience. We will strive to get your documents out as soon as they come in. While we can't guarantee that they will go out in 24 hours due to load volumes, we do pledge to do our best to make sure that your case is processed and distributed to the postal distribution center within 24 hours.

10-46713 Sarah Lyn Holda COS Ch.13 Plan 03.15.10.pdf
16K

10-46713-swr    Doc 82-12    Filed 09/14/10    Entered 09/14/10 18:42:53    Page 1 of 1